2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–1262. WHITE, WARDEN v. RICE. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 11–10263. BAXTER v. UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. ▮

No. 11–10304. JONES v. UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–10309. CORBETT v. UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–10772 (11A1167). LEAVITT v. ARAVE, WARDEN. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. ▮

No. 10–1018. FILARSKY v. DELIA, 566 U. S. 377;

No. 11–1002. WEBER, FKA SALL v. SALL, 566 U. S. 938;

No. 11–1076. CLENDENIN v. ILLINOIS, 566 U. S. 963;

No. 11–1098. LOMAX v. UNITED STATES SENATE ARMED SERVICES COMMITTEE ET AL., 566 U. S. 963;

No. 11–8477. BILAL v. WILKINS, SECRETARY, FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES, ET AL., 566 U. S. 910;

No. 11–8516. FEIGER v. HICKMAN ET AL., 566 U. S. 911;

No. 11–8586. LOGAN v. SOCIAL SECURITY ADMINISTRATION, 566 U. S. 912;

No. 11–8680. WATSON v. LEWIS ET AL., 565 U. S. 1270;

No. 11–8772. GREENE v. DEPARTMENT OF LABOR, 566 U. S. 944;

No. 11–8872. JONES v. BOWERSOX, SUPERINTENDENT, SOUTH CENTRAL CORRECTIONAL FACILITY, 566 U. S. 947;

No. 11–8886. THOMAS v. CALIFORNIA (two judgments), 566 U. S. 947;

No. 11–8889. CLARK *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 566 U. S. 964;

No. 11–8912. ABASCAL *v.* BELLAMY ET AL., 566 U. S. 947; and

No. 11–9130. DRAGANOV *v.* WASHINGTON, 566 U. S. 950. Petitions for rehearing denied.

No. 09–10382. WILLIAMS *v.* HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, 562 U. S. 1097. Motion for leave to file petition for rehearing denied.

## JUNE 12, 2012

No. 11–10781 (11A1175). BRAWNER *v.* MISSISSIPPI. Sup. Ct. Miss. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

## JUNE 18, 2012

No. D–2658. IN RE DISBARMENT OF JOSEPH. Disbarment entered. [For earlier order herein, see 566 U. S. 934.]

No. D–2674. IN RE DISCIPLINE OF SETO. Robert M. M. Seto, of Virginia Beach, Va., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on April 30, 2012 [566 U. S. 973], is discharged.

No. 11–702. MONCRIEFFE *v.* HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. [Certiorari granted, 566 U. S. 920.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 11–1155. BLUE CROSS & BLUE SHIELD OF MONTANA, INC. *v.* FOSSEN ET AL. C. A. 9th Cir.; and

No. 11–1221. HILLMAN *v.* MARETTA. Sup. Ct. Va. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 11–9810. SIMMONS *v.* BRAVERMAN. Ct. App. Mich. Motion of petitioner for leave to proceed *in forma pauperis* de-